# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case Nos. 5D2022-2801
5D2022-2802
5D2022-2803
5D2022-2804
5D2022-2805
L.T. Case Nos. 2021-CF-001458
2022-CF-000043
2022-CF-000070
2022-CF-000250
2022-CF-000643

_____

STATE OF FLORIDA,

    Appellant,

    v.

ADAM CHRISTIAN MAYO,

    Appellee.

_____

On appeal from the Circuit Court for Sumter County.
Michelle Morely, Judge.

Ashley Moody, Attorney General, Tallahassee, and Daniel P. Caldwell, Assistant Attorney General, Daytona Beach, for Appellant.

Adam Christian Mayo, Orlando, pro se.

July 23, 2024

PER CURIAM.

AFFIRMED.

JAY, SOUD, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____